IN THE SUPREME COURT OF NORTH CAROLINA

No. 410PA16

Filed 8 December 2017

STATE OF NORTH CAROLINA

v.

JOSHUA SANCHEZ

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, ___ N.C. App. ___, 791 S.E.2d 904 (2016), finding prejudicial error in a judgment entered on 17 April 2015 by Judge Michael J. O'Foghludha in Superior Court, Wake County, and ordering that defendant receive a new trial. Heard in the Supreme Court on 8 November 2017.

*Joshua H. Stein, Attorney General, by Ebony J. Pittman, Assistant Attorney General, for the State-appellant.*

*Rudolph A. Ashton, III for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.